USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1086  UNITED STATES, Appellee, v. WILLIE SANCHEZ, Defendant, Appellant. ____________________ No. 97-1087 UNITED STATES, Appellee, v. DAVID RIVERA, A/K/A KENNETH BAKER, A/K/A CHRISTOPHER TOLAN, Defendant, Appellant. ____________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Mary M. Lisi, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Louis F. Robbio and Robbio & Nottie Ltd. on brief for appellant ________________ _____________________ Willie Sanchez, alias William Sanchez. Martin D. Harris on brief for appellant David Rivera. ________________ Sheldon Whitehouse, United States Attorney, and Richard W. Rose, __________________ ________________ Assistant United States Attorney, on brief for appellee. ____________________ December 31, 1997 ____________________ Per Curiam. Upon careful review of the record and __________ briefs in these companion appeals, we find no reason to set aside appellants' respective sentences. Contrary to appellants' arguments, the district court's calculation of the intended loss reveals no clear error, in light of the number of ESN-MIN pairs in defendants' possession and the expert testimony and other evidence as to average losses incurred per pair. See United States v. Watson, 118 F.3d ___ _____________ ______ 1315, 1319 (9th Cir. 1997). The adjustment for appellant Rivera's managerial role in the offense also was adequately supported, notwithstanding Rivera's present attack on his own credibility. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-